UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00092-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  STEVEN RAY NORTON,

     Defendant.

_____

**ORDER**

_____

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 5, 2006**, and responses to these motions shall be filed by **Monday, May 15, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Tuesday, May 23, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a four-day jury trial is set to commence **Monday, June 5, 2006**, **at 9:00 a.m.**

Dated:  April 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel_____
Wiley Y. Daniel
U. S. District Judge