UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00092-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEVEN RAY NORTON,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER comes before the Court upon motion of the government to dismiss Counts 1 through 14 and Counts 16 through 24 in the above-entitled case. The Court, having considered the same,

    ORDERS that Counts 1 through 14 and Counts 16 through 24 of the Indictment in the above-captioned case are **DISMISSED**.

    Dated: October 25, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge